# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-327
Lower Tribunal No. F19-16901
_____

**Timothy Lewis Cephus,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Charles K. Johnson, Judge.

Carlos J. Martinez, Public Defender and Howard K. Blumberg, Special Assistant Public Defender and Livan Davidson and Angie Perez, Certified Legal Interns, for appellant.

Ashley Moody, Attorney General and Kayla Heather McNab, Assistant Attorney General, for appellee.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.